AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
AUG 27 2008
Clerk, U.S. District and Bankruptcy Courts

James Stephen Jones
Plaintiff

V.

Michael B. Mukasey, et. al.,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 1493

I, James Stephen Jones 2241 , declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Beaumont FCI-Low

   Are you employed at the institution? Yes  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
   $16.80 per month avg.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   N/A

- In the past 12 twelve months have you received any money from any of the following sources?

  a. Business, profession or other self-employment      ☐ Yes   ☒ No
  b. Rent payments, interest or dividends              ☐ Yes   ☒ No
  c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
  d. Disability or workers compensation payments       ☐ Yes   ☒ No
  e. Gifts or inheritances                             ☒ Yes   ☐ No
  f. Any other sources                                 ☐ Yes   ☒ No

  RECEIVED
  AUG 14 2008
  Clerk, U.S. District and Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



I received money from family and friends,
—See attached itemized ledger sheet.

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. Prison Acct has 28.00 approx available to spend

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.
   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   None

Note: I have paid $5.00 filing fee. I do not need In Forma Pauperis (See Ex "A" Attached)

I declare under penalty of perjury that the above information is true and correct.

8-11-08                         [signature]
Date                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge     Date | United States Judge     Date |

## All Transactions

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56081080 | Current Institution: | Beaumont FCC |
| Inmate Name: | JONES, JAMES | Housing Unit: | BML-W-A |
| Report Date: | 08/11/2008 | Living Quarters: | W03-042L |
| Report Time: | 9:43:21 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/10/2008 7:10:39 PM | Phone Withdrawal | ($1.00) | TFN0810 | | $33.03 |
| 8/9/2008 7:55:59 PM | Phone Withdrawal | ($4.00) | TFN0809 | | $34.03 |
| 8/8/2008 9:15:38 PM | Phone Withdrawal | ($5.00) | TFN0808 | | $38.03 |
| 8/7/2008 5:01:50 PM | Phone Withdrawal | ($5.00) | TFN0807 | | $43.03 |
| 8/7/2008 4:12:41 PM | Debt Encumbrance | ($3.36) | GBMAD035-4210 | | |
| 8/7/2008 4:12:41 PM | Payroll - IPP | $16.80 | HIPP0708 | | $48.03 |
| 8/7/2008 12:54:40 PM | Sales | ($10.40) | 92 | | $31.23 |
| 8/4/2008 12:18:15 PM | Phone Withdrawal | ($5.00) | TFN0804 | | $41.63 |
| 8/1/2008 12:10:35 AM | PLRA Payment | ($87.36) | GBMAD035 | 5846 | $46.63 |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $10.00 | GBMAD035-3977 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $20.00 | GBMAD035-3951 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $3.36 | GBMAD035-3804 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $10.00 | GBMAD035-3772 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $20.00 | GBMAD035-3765 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $4.00 | GBMAD035-3763 | | |
| 8/1/2008 12:10:35 AM | Debt Encumbrance - Released | $20.00 | GBMAD035-3736 | | |
| 7/31/2008 11:28:43 AM | Sales | ($45.55) | 88 | | $133.99 |
| 7/27/2008 5:40:06 PM | Phone Withdrawal | ($5.00) | TFN0727 | | $179.54 |
| 7/24/2008 12:17:56 PM | Sales | ($87.35) | 110 | | $184.54 |
| 7/22/2008 8:06:34 PM | Debt Encumbrance | ($10.00) | GBMAD035-3977 | | |
| 7/22/2008 8:06:34 PM | Western Union | $50.00 | 33321208 | | $271.89 |
| 7/22/2008 7:15:00 PM | Phone Withdrawal | ($5.00) | TFN0722 | | $221.89 |
| 7/22/2008 5:55:28 PM | Phone Withdrawal | ($6.00) | TFN0722 | | $226.89 |
| 7/20/2008 1:04:24 PM | Debt Encumbrance | ($20.00) | GBMAD035-3951 | | |
| 7/20/2008 1:04:24 PM | Western Union | $100.00 | 33321108 | | $232.89 |
| 7/19/2008 5:22:51 PM | Phone Withdrawal | ($5.00) | TFN0719 | | $132.89 |
| 7/17/2008 5:55:51 PM | Phone Withdrawal | ($6.00) | TFN0717 | | $137.89 |
| 7/17/2008 11:25:44 AM | Sales | ($28.65) | 37 | | $143.89 |
| 7/15/2008 12:23:56 PM | Phone Withdrawal | ($5.00) | TFN0715 | | $172.54 |
| 7/14/2008 6:23:49 PM | Phone Withdrawal | ($5.00) | TFN0714 | | $177.54 |
| 7/13/2008 8:27:21 AM | Phone Withdrawal | ($5.00) | TFN0713 | | $182.54 |
| 7/11/2008 10:22:37 AM | Phone Withdrawal | ($7.00) | TFN0711 | | $187.54 |
| 7/11/2008 9:55:04 AM | PLRA Payment | ($51.36) | 5345 | 5487 | $194.54 |
| 7/11/2008 9:54:37 AM | PLRA Payment | $51.36 | 5345-V | | $245.90 |
| 7/10/2008 5:15:53 PM | Phone Withdrawal | ($5.00) | TFN0710 | | $194.54 |
| 7/10/2008 11:46:10 AM | Sales | ($72.65) | 74 | | $199.54 |
| 7/9/2008 7:33:53 PM | Phone Withdrawal | ($7.00) | TFN0709 | | $272.19 |
| 7/8/2008 7:39:15 PM | Phone Withdrawal | ($5.00) | TFN0708 | | $279.19 |
| 7/8/2008 2:46:17 PM | Debt Encumbrance | ($3.36) | GBMAD035-3804 | | |
| 7/8/2008 2:46:17 PM | Payroll - IPP | $16.80 | HIPP0608 | | $284.19 |
| 7/8/2008 2:44:08 PM | Debt Encumbrance | ($10.00) | GBMAD035-3772 | | |
| 7/8/2008 2:44:08 PM | Payroll - DAP | $50.00 | HDAP0608 | | $267.39 |
| 7/8/2008 5:02:01 AM | Debt Encumbrance | ($20.00) | GBMAD035-3765 | | |
| 7/8/2008 5:02:01 AM | Lockbox - CD | $100.00 | 70111901 | | $217.39 |
| 7/7/2008 6:07:07 PM | Debt Encumbrance | ($4.00) | GBMAD035-3763 | | |
| 7/7/2008 6:07:07 PM | Western Union | $20.00 | 33320108 | | $117.39 |
| 7/4/2008 7:08:49 AM | Phone Withdrawal | ($6.00) | TFN0704 | | $97.39 |
| | | | GBMAD035 | | |

08 1493

FILED

AUG 2 7 2008

Clerk, U.S. District and
Bankruptcy Courts

| Date | Description | Amount | Reference | Balance |
|---|---|---|---|---|
| 7/4/2008 5:23:47 AM | Debt Encumbrance | ($20.00) | - 3736 | $103.39 |
| 7/4/2008 5:23:47 AM | Lockbox - CD | $100.00 | 70111801 | |
| 7/3/2008 8:06:51 PM | Phone Withdrawal | ($3.00) | TFN0703 | $3.39 |

1 2 3 4 5

## All Transactions

| Inmate Reg #: | 56081080 | Current Institution: | Beaumont FCC |
| Inmate Name: | JONES, JAMES | Housing Unit: | BML-W-A |
| Report Date: | 08/11/2008 | Living Quarters: | W03-042L |
| Report Time: | 9:43:34 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/3/2008 11:09:09 AM | Sales | ($28.75) | 42 | | $6.39 |
| 7/1/2008 12:10:37 AM | PLRA Payment | ($51.36) | GBMAD035 | 5345 | $35.14 |
| 7/1/2008 12:10:37 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 3612 | | |
| 7/1/2008 12:10:37 AM | Debt Encumbrance - Released | $20.00 | GBMAD035 - 3565 | | |
| 7/1/2008 12:10:37 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 3536 | | |
| 7/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 3411 | | |
| 7/1/2008 12:10:37 AM | Debt Encumbrance - Released | $8.00 | GBMAD035 - 3372 | | |
| 6/28/2008 3:41:29 PM | Phone Withdrawal | ($5.00) | TFN0628 | | $86.50 |
| 6/27/2008 8:05:13 PM | Debt Encumbrance | ($10.00) | GBMAD035 - 3612 | | |
| 6/27/2008 8:05:13 PM | Western Union | $50.00 | 33319508 | | $91.50 |
| 6/27/2008 5:53:22 PM | Phone Withdrawal | ($1.00) | TFN0627 | | $41.50 |
| 6/26/2008 11:14:04 AM | Sales | ($1.30) | 45 | | $42.50 |
| 6/26/2008 11:12:16 AM | Sales | ($69.90) | 44 | | $43.80 |
| 6/22/2008 4:24:07 PM | Phone Withdrawal | ($8.00) | TFN0622 | | $113.70 |
| 6/22/2008 11:03:25 AM | Debt Encumbrance | ($20.00) | GBMAD035 - 3565 | | |
| 6/22/2008 11:03:25 AM | Western Union | $100.00 | 33319108 | | $121.70 |
| 6/20/2008 6:09:38 PM | Phone Withdrawal | ($4.00) | TFN0620 | | $21.70 |
| 6/20/2008 4:59:40 PM | Phone Withdrawal | ($5.00) | TFN0620 | | $25.70 |
| 6/20/2008 11:30:25 AM | Sales | ($9.90) | 49 | | $30.70 |
| 6/20/2008 11:23:11 AM | Sales | ($24.90) | 46 | | $40.60 |
| 6/20/2008 5:17:26 AM | Debt Encumbrance | ($10.00) | GBMAD035 - 3536 | | |
| 6/20/2008 5:17:26 AM | Lockbox - CD | $50.00 | 70110801 | | $65.50 |
| 6/17/2008 2:34:30 PM | Phone Withdrawal | ($1.00) | TFN0617 | | $15.50 |
| 6/15/2008 7:54:05 PM | Phone Withdrawal | ($5.00) | TFN0615 | | $16.50 |
| 6/12/2008 11:48:02 AM | Phone Withdrawal | ($5.00) | TFN0612 | | $21.50 |
| 6/12/2008 11:13:18 AM | Sales | ($10.60) | 56 | | $26.50 |
| 6/11/2008 6:15:26 PM | Phone Withdrawal | ($5.00) | TFN0611 | | $37.10 |
| 6/10/2008 8:08:45 AM | Phone Withdrawal | ($5.00) | TFN0610 | | $42.10 |
| 6/9/2008 4:09:35 PM | Phone Withdrawal | ($10.00) | TFN0609 | | $47.10 |
| 6/9/2008 2:14:43 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 3411 | | |
| 6/9/2008 2:14:43 PM | Payroll - IPP | $16.80 | HIPP0508 | | $57.10 |
| 6/9/2008 2:13:00 PM | Debt Encumbrance | ($8.00) | GBMAD035 - 3372 | | |
| 6/9/2008 2:13:00 PM | Payroll - DAP | $40.00 | HDAP0508 | | $40.30 |
| 6/6/2008 9:49:41 AM | PLRA Payment | ($3.93) | 4818 | 4942 | $0.30 |
| 6/6/2008 9:49:26 AM | PLRA Payment | $3.93 | 4818-V | | $4.23 |
| 6/5/2008 11:55:38 AM | Sales | ($3.70) | 65 | | $0.30 |
| 6/1/2008 5:06:34 PM | Phone Withdrawal | ($6.00) | TFN0601 | | $4.00 |
| 6/1/2008 12:10:53 AM | PLRA Payment | ($3.93) | GBMAD035 | 4818 | $10.00 |
| 6/1/2008 12:10:53 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 3067 | | |
| 6/1/2008 12:10:53 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 3016 | | |
| 5/16/2008 5:18:13 PM | Phone Withdrawal | ($3.00) | TFN0516 | | $13.93 |
| 5/15/2008 11:17:41 AM | Sales | ($37.35) | 55 | | $16.93 |
| 5/13/2008 5:09:04 AM | Debt Encumbrance | ($10.00) | GBMAD035 - 3067 | | |
| 5/13/2008 5:09:04 AM | Lockbox - CD | $50.00 | 70108101 | | $54.28 |
| 5/8/2008 11:39:51 AM | Sales | ($11.30) | 80 | | $4.28 |
| 5/8/2008 12:10:17 AM | Inmate Co-pay | ($2.00) | HICD0408 | | $15.58 |
| 5/8/2008 12:10:17 AM | Debt Encumbrance - Released | $1.77 | HICD0408 - 3017 | | |
| | | | HICD0408 - | | |

| | | | |
|---|---|---|---|
| 5/8/2008 12:10:17 AM | Debt Encumbrance - Released | $0.23 | 2777 |
| 5/7/2008 2:19:54 PM | Debt Encumbrance | ($1.77) | HICD0408 - 3017 |
| 5/7/2008 2:19:54 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 3016 |

1 2 3 4 5

## All Transactions                                            🖶 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56081080 | Current Institution: | Beaumont FCC |
| Inmate Name: | JONES, JAMES | Housing Unit: | BML-W-A |
| Report Date: | 08/11/2008 | Living Quarters: | W03-042L |
| Report Time: | 9:43:57 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/7/2008 2:19:54 PM | Payroll - IPP | $16.80 | HIPP0408 | | $17.58 |
| 5/5/2008 9:44:39 AM | PLRA Payment | ($3.36) | 4311 | 4386 | $0.78 |
| 5/5/2008 9:44:26 AM | PLRA Payment | $3.36 | 4311-V | | $4.14 |
| 5/2/2008 7:31:25 PM | Phone Withdrawal | ($3.00) | TFN0502 | | $0.78 |
| 5/1/2008 11:59:54 AM | Sales | ($6.45) | 69 | | $3.78 |
| 5/1/2008 12:10:40 AM | PLRA Payment | ($3.36) | GBMAD035 | 4311 | $10.23 |
| 5/1/2008 12:10:40 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 2679 | | |
| 5/1/2008 12:10:40 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 2594 | | |
| 4/22/2008 1:39:04 PM | Debt Encumbrance | ($0.23) | HICD0408 - 2777 | | |
| 4/17/2008 9:16:06 PM | Phone Withdrawal | ($5.00) | TFN0417 | | $13.59 |
| 4/17/2008 11:08:44 AM | Sales | ($30.45) | 52 | | $18.59 |
| 4/15/2008 7:48:17 AM | Phone Withdrawal | ($5.00) | TFN0415 | | $49.04 |
| 4/15/2008 5:18:21 AM | Debt Encumbrance | ($10.00) | GBMAD035 - 2679 | | |
| 4/15/2008 5:18:21 AM | Lockbox - CD | $50.00 | 70106101 | | $54.04 |
| 4/11/2008 10:54:05 AM | Phone Withdrawal | ($1.00) | TFN0411 | | $4.04 |
| 4/10/2008 11:42:03 AM | Sales | ($5.00) | 86 | | $5.04 |
| 4/9/2008 12:11:01 PM | Phone Withdrawal | ($3.00) | TFN0409 | | $10.04 |
| 4/8/2008 1:49:24 PM | PLRA Payment | ($7.36) | 3690 | 3929 | $13.04 |
| 4/8/2008 1:49:05 PM | PLRA Payment | $7.36 | 3690-V | | $20.40 |
| 4/7/2008 6:29:47 PM | Phone Withdrawal | ($4.00) | TFN0407 | | $13.04 |
| 4/7/2008 3:03:03 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 2594 | | |
| 4/7/2008 3:03:03 PM | Payroll - IPP | $16.80 | HIPP0308 | | $17.04 |
| 4/5/2008 1:47:20 PM | Phone Withdrawal | ($5.00) | TFN0405 | | $0.24 |
| 4/5/2008 12:06:18 PM | Phone Withdrawal | ($4.00) | TFN0405 | | $5.24 |
| 4/1/2008 8:06:17 PM | Phone Withdrawal | ($2.00) | TFN0401 | | $9.24 |
| 4/1/2008 12:10:51 AM | PLRA Payment | ($7.36) | GBMAD035 | 3690 | $11.24 |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $4.00 | GBMAD035 - 2432 | | |
| 4/1/2008 12:10:51 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 2233 | | |
| 3/29/2008 12:10:16 AM | Inmate Co-pay | ($2.00) | HICD0308 | | $18.60 |
| 3/29/2008 12:10:16 AM | Debt Encumbrance - Released | $1.76 | HICD0308 - 2433 | | |
| 3/29/2008 12:10:16 AM | Debt Encumbrance - Released | $0.24 | HICD0308 - 2396 | | |
| 3/28/2008 12:56:04 PM | Phone Withdrawal | ($3.00) | TFN0328 | | $20.60 |
| 3/28/2008 5:05:04 AM | Debt Encumbrance | ($1.76) | HICD0308 - 2433 | | |
| 3/28/2008 5:05:04 AM | Debt Encumbrance | ($4.00) | GBMAD035 - 2432 | | |
| 3/28/2008 5:05:04 AM | Lockbox - CD | $20.00 | 70104901 | | $23.60 |
| 3/25/2008 9:49:07 AM | Debt Encumbrance | ($0.24) | HICD0308 - 2396 | | |
| 3/14/2008 5:33:36 PM | Phone Withdrawal | ($4.00) | TFN0314 | | $3.60 |
| 3/13/2008 1:02:25 PM | Sales | ($7.20) | 134 | | $7.60 |
| 3/11/2008 5:26:29 PM | Phone Withdrawal | ($4.00) | TFN0311 | | $14.80 |
| 3/7/2008 9:16:59 AM | Debt Encumbrance | ($3.36) | GBMAD035 - 2233 | | |
| 3/7/2008 9:16:59 AM | Payroll - IPP | $16.80 | HIPP0208 | | $18.80 |
| 3/3/2008 5:43:13 PM | Phone Withdrawal | ($4.00) | TFN0303 | | $2.00 |
| 3/2/2008 6:20:01 PM | Phone Withdrawal | ($4.00) | TFN0302 | | $6.00 |
| 3/1/2008 12:10:37 AM | PLRA Payment | ($30.00) | GBMAD035 | 3047 | $10.00 |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 1978 | | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 1831 | | |
| | | | GBMAD035 | | |

| Date | Description | Amount | Ref | Balance |
|---|---|---|---|---|
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $6.00 | - 1781 | |
| 3/1/2008 12:10:37 AM | Debt Encumbrance - Released | $14.00 | GBMAD035 - 1730 | |
| 2/28/2008 11:57:21 AM | Sales | ($31.35) | 78 | $40.00 |
| 2/26/2008 9:23:29 PM | Phone Withdrawal | ($4.00) | TFN0226 | $71.35 |

1 2 3 4 5

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 56081080 | Current Institution: | Beaumont FCC | |
| Inmate Name: | JONES, JAMES | Housing Unit: | BML-W-A | |
| Report Date: | 08/11/2008 | Living Quarters: | W03-042L | |
| Report Time: | 9:44:06 AM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/26/2008 5:29:39 PM | Phone Withdrawal | ($4.00) | TFN0226 | | $75.35 |
| 2/25/2008 7:30:48 PM | Phone Withdrawal | ($3.00) | TFN0225 | | $79.35 |
| 2/24/2008 5:22:58 AM | Debt Encumbrance | ($10.00) | GBMAD035 - 1978 | | |
| 2/24/2008 5:22:58 AM | Lockbox - CD | $50.00 | 70102502 | | $82.35 |
| 2/19/2008 11:10:56 AM | Phone Withdrawal | ($4.00) | TFN0219 | | $32.35 |
| 2/14/2008 11:58:18 AM | Sales | ($29.45) | 36 | | $36.35 |
| 2/11/2008 7:47:45 PM | Phone Withdrawal | ($4.00) | TFN0211 | | $65.80 |
| 2/11/2008 1:39:53 PM | PLRA Payment | ($14.05) | 2534 | 2724 | $69.80 |
| 2/11/2008 1:39:28 PM | PLRA Payment | $14.05 | 2534-V | | $83.85 |
| 2/7/2008 5:42:55 PM | Phone Withdrawal | ($11.00) | TFN0207 | | $69.80 |
| 2/7/2008 3:52:19 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 1831 | | |
| 2/7/2008 3:52:19 PM | Payroll - IPP | $16.80 | HIPP0108 | | $80.80 |
| 2/7/2008 3:50:13 PM | Debt Encumbrance | ($6.00) | GBMAD035 - 1781 | | |
| 2/7/2008 3:50:13 PM | Payroll - DAP | $30.00 | HDAP0108 | | $64.00 |
| 2/7/2008 11:53:30 AM | Sales | ($42.00) | 101 | | $34.00 |
| 2/5/2008 7:06:59 PM | Debt Encumbrance | ($14.00) | GBMAD035 - 1730 | | |
| 2/5/2008 7:06:59 PM | Western Union | $70.00 | 33309208 | | $76.00 |
| 2/1/2008 6:58:23 AM | Phone Withdrawal | ($4.00) | TFN0201 | | $6.00 |
| 2/1/2008 12:10:42 AM | PLRA Payment | ($14.05) | GBMAD035 | 2534 | $10.00 |
| 2/1/2008 12:10:42 AM | Debt Encumbrance - Released | $20.00 | GBMAD035 - 1530 | | |
| 2/1/2008 12:10:42 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 1457 | | |
| 1/30/2008 8:17:56 AM | Phone Withdrawal | ($1.00) | TFN0130 | | $24.05 |
| 1/25/2008 11:26:38 AM | Sales | ($2.95) | 48 | | $25.05 |
| 1/25/2008 11:23:11 AM | Sales | ($8.80) | 47 | | $28.00 |
| 1/18/2008 8:47:16 AM | Phone Withdrawal | ($5.00) | TFN0118 | | $36.80 |
| 1/17/2008 11:59:12 AM | Sales | ($61.85) | 57 | | $41.80 |
| 1/16/2008 11:11:12 AM | Phone Withdrawal | ($3.00) | TFN0116 | | $103.65 |
| 1/14/2008 3:10:41 PM | Debt Encumbrance | ($20.00) | GBMAD035 - 1530 | | |
| 1/14/2008 3:10:41 PM | Western Union | $100.00 | 33307608 | | $106.65 |
| 1/10/2008 12:16:13 PM | Sales | ($13.50) | 90 | | $6.65 |
| 1/8/2008 2:11:46 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 1457 | | |
| 1/8/2008 2:11:46 PM | Payroll - IPP | $16.80 | HIPP1207 | | $20.15 |
| 1/8/2008 11:23:24 AM | PLRA Payment | ($4.10) | 1959 | 2121 | $3.35 |
| 1/8/2008 11:23:03 AM | PLRA Payment | $4.10 | 1959-V | | $7.45 |
| 1/7/2008 11:40:35 AM | Phone Withdrawal | ($2.00) | TFN0107 | | $3.35 |
| 1/4/2008 12:51:59 PM | Sales | ($4.65) | 134 | | $5.35 |
| 1/1/2008 12:10:45 AM | PLRA Payment | ($4.10) | GBMAD035 | 1959 | $10.00 |
| 1/1/2008 12:10:45 AM | Debt Encumbrance - Released | $3.36 | GBMAD035 - 1157 | | |
| 1/1/2008 12:10:45 AM | Debt Encumbrance - Released | $10.00 | GBMAD035 - 1039 | | |
| 12/13/2007 11:31:02 AM | Sales | ($3.70) | 15 | | $14.10 |
| 12/8/2007 8:15:51 AM | Phone Withdrawal | ($9.00) | TFN1208 | | $17.80 |
| 12/7/2007 1:17:41 PM | Debt Encumbrance | ($3.36) | GBMAD035 - 1157 | | |
| 12/7/2007 1:17:41 PM | Payroll - IPP | $16.80 | HIPP1107 | | $26.80 |
| 12/6/2007 12:47:58 PM | Sales | ($36.00) | 94 | | $10.00 |
| 12/6/2007 10:17:04 AM | Phone Withdrawal | ($1.00) | TFN1206 | | $46.00 |
| 12/3/2007 12:39:17 PM | Phone Withdrawal | ($5.00) | TFN1203 | | $47.00 |
| 12/1/2007 11:21:22 AM | Phone Withdrawal | ($8.00) | TFN1201 | | $52.00 |
| 12/1/2007 5:05:26 AM | Debt Encumbrance | ($10.00) | GBMAD035 - 1039 | | |
| 12/1/2007 5:05:26 AM | Lockbox - CD | $50.00 | 70196801 | | $60.00 |
| 12/1/2007 12:10:45 AM | PLRA Payment | ($14.80) | GBMAD035 | 1404 | $10.00 |