**FILED**
AUG 2 7 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Stephen Jones, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. **08 1493** |
| v. ) | |
| ) | |
| Michael B. Mukasey *et al.*, ) | |
| ) | |
| Respondents. ) | |

TRANSFER ORDER

Petitioner is a prisoner confined at the Federal Correctional Institution in Beaumont, Texas. He petitions for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S.Ct. 2711, 2720 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Secretary of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) ("jurisdiction is proper only in the district in which the immediate, not the ultimate, custodian is located") (internal citations and quotation marks omitted). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 20 day of August 2008,

ORDERED that this case is TRANSFERRED to the United States District Court for the Eastern District of Texas. The Clerk of this Court shall file and docket the petition. Whether

petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Rosemary M. Collyer
United States District Judge